# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

PAUL JESSIE WEBB, JR.                                                         PLAINTIFF

v.                                                                  Civil No. 3:18-cv-00155-GHD-JMV

NEWK'S BAKERY                                                                 DEFENDANT

## ORDER LIFTING STAY

This matter is before the court consistent with the court's Order [12], staying this case pending a ruling on the [8] motion to dismiss. On February 15, 2019, the District Judge issued an Order denying the motion to dismiss. Accordingly, the stay should be lifted, and this action may proceed.

**IT IS THEREFORE ORDERED** that the stay on the above-styled matter is hereby **LIFTED** and a case management conference will be set by further notice of the court.

**SO ORDERED**, this February 21, 2019.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**